IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 100003898261724 THAT·IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No. 5:16-MJ-1641-JG<br><br>**Filed Under Seal** |

## ORDER

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the above captioned matter; and this motion to seal and this Order be sealed by the Clerk until further order by this Court, except that filed copies of the·search warrant, application, affidavit, 2705(d) preclusion motion, 2705(d) preclusion order, and this motion to seal and proposed order be provided to the Office of the United States Attorney and special agents of the Federal Bureau of Investigation.

This 25 day of July, 2016.

_____
JAMES E. GATES
United States Magistrate Judge