FILED
DEC 0 5 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-1641-JG

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID 100003898261724 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | ) ) ) **ORDER TO UNSEAL** ) ) ) |

Upon motion of the government, the previously requested application, affidavit, and order authorizing the search warrant in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

5 December 2016
DATE

JAMES E. GATES
United States Magistrate Judge